IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01491-AP

NICHOLE HAMBLEN,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| Chris R. Noel | John F. Walsh |
| 3000 Pearl Street, #212 | United States Attorney |
| Boulder, Colorado 80301-2431 | |
| telephone: 303-449-6503 | Kevin T. Traskos |
| chrisildar@comcast.net | Civil Chief |
| | Assistant United States Attorney |
| | District of Colorado |
| | |
| | William G. Pharo |
| | Assistant United States Attorney |
| | District of Colorado |
| | |
| |   s/Michael Howard |
| | MICHAEL HOWARD |
| | Special Assistant United States Attorney |
| | Assistant Regional Counsel |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1001 Seventeenth Street |
| | Denver, CO 80202 |
| | Telephone: (303) 844-7192 |
| | Michael.howard@ssa.gov |

2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3.     DATES OF FILING OF RELEVANT PLEADINGS

| | | |
|---|---|---|
| A. | Date Complaint was filed: | June 7, 2011 |
| B. | Date Complaint was served on U.S. Attorney's Office: | June 10, 2011 |
| C. | Date Answer and Administrative Record were filed: | August 9, 2011 |

4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD

Plaintiff states: the record cannot be vouched for until after Plaintiff's opening brief is finally drafted and filed.

Defendant, to the best of his knowledge, states that the administrative record is complete and accurate.

5.     STATEMENT REGARDING ADDITIONAL EVIDENCE

Plaintiff will move to supplement and/or correct the record if it is defective, missing evidence, or does not contain evidence that was submitted administratively but may have inadvertently been left out of the record.

Defendant does not intend to submit additional evidence.

6.     STATEMENT REGARDING WHETHER THIS CASES RAISES UNUSUAL CLAIMS OR DEFENSES

The parties, to the best of their knowledge, do not believe the cases raises unusual claims or defenses.

7.     OTHER MATTERS

The parties have no other matters to bring to the attention of the Court.

8.     BRIEFING SCHEDULE

The parties respectfully request the following briefing schedule:

|     |                                 |                   |
|-----|---------------------------------|-------------------|
| A.  | Plaintiff's opening brief due   | October 20, 2011[1] |
| B.  | Defendant's response brief due  | November 20, 2011 |
| C.  | Plaintiff's reply brief due     | December 5, 2011  |

9. STATEMENTS REGARDING ORAL ARGUMENT

   A. Plaintiff does request oral argument if only to clarify the issues or at the behest of the court.
   B. Defendant does not request oral argument.

10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

    All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. OTHER MATTERS

    THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C. COLO.L.CivR. 7.1(C) BY SUBMITTING PRROF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON ALL ATTORNEYS OF RECORD AND ALL *PRO SE* PARTIES.

12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

    The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 22nd day of August, 2011.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

---

[1] Plaintiff respectfully requests a ten day extension for filing the opening brief as scheduling for another opening brief conflicts with the instant case.

APPROVED:

   s/Chris R. Noel  
Chris R. Noel  
3000 Pearl Street, #212  
Boulder, Colorado 80301-2431  
tel:  303-449-6503  

JOHN F. WALSH  
United States Attorney  

KEVIN T. TRASKOS  
Civil Chief  
Assistant United States Attorney  
District of Colorado  

WILLIAM G. PHARO  
Assistant United States Attorney  

  s/ Michael Howard  
MICHAEL HOWARD  
Special Assistant United States Attorney  
Assistant Regional Counsel  
Office of the General Counsel  
Social Security Administration  
1001 Seventeenth Street  
Denver, CO 80202  
Telephone: (303) 844-7192  
Michael.howard@ssa.gov